# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| SOUA LEE,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:14-cv-00996-GSA<br><br>ORDER RE. PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL<br><br>(Doc. 9) |

Based on the Notice of Voluntary Dismissal filed by the Plaintiff on January 20, 2015, this case is hereby dismissed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i) and 41(a)(1)(B). (Doc. 9). The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

  Dated:  **January 21, 2015**              **/s/ Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1